AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

4:31 pm, May 28 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

USDC - BALTIMORE
'24 MAY 24 PM3:46

| United States of America | ) | |
| v. | ) | Case No. 1:24-mj-01211-ABA |
| | ) | |
| | ) | |
| Minh Phuong Vong | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Minh Phuong Vong                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1349 (Conspiracy to Commit Wire Fraud)

Date:    5/15/2024

_____
*Issuing officer's signature*

City and state:    Baltimore, Maryland

Adam B. Abelson,  U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 15 May 2024 , and the person was arrested on *(date)* 16 May 2024 at *(city and state)* Lanham, MD . |
| Date: 16 May 2024 |

_____
*Arresting officer's signature*

SA Kyle Richardson
*Printed name and title*

HD

Rcv'd by: _AR_