**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No.: DLB 24-177** |
| **MINH PHUONG NGOC VONG** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE OF COUNSEL**

To the Clerk of this Court:

Please enter my appearance as CJA counsel for the Defendant, Minh Phuong Ngoc Vong, in the above referenced case. I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Julie M. Reamy*
Julie M. Reamy
Federal Bar No. 28232
JULIE M. REAMY | Attorney At Law, LLC
210 Allegheny Avenue, Suite 100
Baltimore, Maryland 21204
Ofc: (410) 605-0000
Email: juliereamy@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June 2024, this document was electronically filed with the Clerk of U.S. District Court via the CM/ECF system and served upon counsel of record for the government.

/s/ *Julie M. Reamy*
Julie M. Reamy