**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-24-0177 |
| | * | |
| MINH PHUONG NGOC VONG, | * | |
| | | |
| and | * | |
| | | |
| JOHN DOE, | * | |
| | | |
| a/k/a William James, | * | |
| | * | |
| Defendants. | * | |

**ORDER**

Upon reviewing the Government's Consent Motion to exclude time under the Speedy Trial Act, the Court finds that: (1) under 18 U.S.C. § 3161(h), the interests of justice will be served by continuing the trial date beyond the speedy trial date and (2) the ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendant in a speedy trial.  Specifically, the Court concludes that:

a.  The failure to grant this request in this proceeding would be likely to result in a miscarriage of justice; and

b.  The failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendant and the Government the reasonable time necessary for effective preparation, considering the exercise of due diligence.

And so, it is hereby ORDERED on this 14th day of June, 2024, that:

1.  The Government's Consent Motion is **GRANTED**;

2.  The period of time **from May 30, 2024, to July 19, 2024**, shall be excluded from

1

calculation under the Speedy Trial Act;

3. The interests of justice will be served by continuing the trial date beyond the speedy trial date; and

4. The ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED that the Government shall submit a status report on or before July 19, 2024.

**IT IS SO ORDERED**.

_____
Deborah L. Boardman
United States District Judge