# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-24-0177 |
| | * | |
| MINH PHUONG NGOC VONG, | * | |
| | | |
| and | * | |
| | | |
| JOHN DOE, | * | |
| | | |
| a/k/a William James, | * | |
| | * | |
| Defendants. | * | |

**\*\*\*\*\*\*\***

## STATUS REPORT

The United States of America, by and through its undersigned attorneys, hereby submits this Status Report, and states as follows:

1.      On May 16, 2024, U.S. Magistrate Judge Adam B. Abelson issued a criminal complaint charging the defendant, Minh Phuong Ngoc Vong, with one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. Vong had his initial appearance that same day, and he is on release under pretrial supervision pending trial. On May 30, 2024, a federal grand jury in the District of Maryland returned an Indictment charging Vong and John Doe, a/k/a William James, with the same wire fraud conspiracy. On June 6, 2024, Julie Reamy entered her appearance on behalf of Vong. Vong was arraigned on June 28, 2024. A trial date has not been scheduled.

2.      This is a complex case involving allegations of wire fraud conspiracy involving Mr. Vong and one or more foreign nationals living outside the United States. The discovery is

voluminous and includes, but is not limited to, reports, bank and employment records, digital communications, forensic extractions of laptops and cell phones, body worn camera footage, and pole camera footage. Government counsel made an initial discovery production on June 14, 2024 and expects to make a second discovery production in the near future.

3. On June 14, 2024, the Court granted the parties' consent motion to exclude the time from May 30, 2024 until July 19, 2024 from computation under the Speedy Trial Act. ECF 17.

4. On July 16, 2024, government counsel spoke to the defendant's counsel, Julie Reamy. Ms. Reamy stated that she needs additional time to familiarize herself with the voluminous discovery in the case. The parties also discussed a possible resolution of the case short of trial.

5. On July 18, 2024, the government submitted a consent motion to exclude from computation under the Speedy Trial Act the period from May 30, 2024, through and including October 19, 2024.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____
Christina A. Hoffman
Kathleen O. Gavin
Assistant United States Attorneys
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

FILED VIA ECF-MD