**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CASE NO. DLB-24-177** |
| **MINH PHUONG NGOC VONG, et al,** | * | |
| | * | |
| **Defendant** | * | |

**\*\*\*\*\*\*\***

**MOTION TO WITHDRAW APPEARANCE OF**
**KATHLEEN O. GAVIN AS COUNSEL FOR THE UNITED STATES**

The United States of America, by and through undersigned counsel, and pursuant to Local Rule 201(3), hereby respectfully requests that this Honorable Court withdraw the appearance of Kathleen O. Gavin as counsel for the United States in the above captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Kathleen O. Gavin
Assistant United States Attorney