**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No.: DLB 24-177** |
| **MINH VONG** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>**CONSENT MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**</u>

The Defendant, Minh Vong, by undersigned counsel, hereby files this Consent Motion for a Modification of his Release Conditions and states the following in support thereof:

1. On May 16, 2024, Mr. Vong had an initial appearance pursuant to a Criminal Complaint charging him with conspiracy to commit wire fraud in violation of 18 U.S.C. §1349.

2. Mr. Vong was released on recognizance with his travel restricted to the District of Maryland along with other standard conditions. Mr. Vong has maintained complete compliance with all release conditions for the past 12 months.

3. Mr. Vong has since entered a guilty plea in the case and is scheduled for sentencing on August 28, 2025.

4. Mr. Vong resides in Bowie, Maryland, which is part of the Washington D.C. Metropolitan area. He seeks a modification of his release conditions to allow him to travel to Washington D.C. and Northern Virginia (included in the Eastern District of Virginia) so that he may spend time with family in those areas and engage in recreational activities such as fishing and hiking in public park lands surrounding the Potomac River.

5. Mr. Vong's pretrial supervision agent, Scott Flipping, has no objection to this request based on Mr. Vong's longstanding compliance with his release conditions.

6. Assistant United States Attorney Christina Hoffman has indicated that the Government defers to the judgment of the United States Pretrial Services Office.

WHEREFORE, the Defendant respectfully requests that the Court grant his request for a modification of his release conditions.

_____/s/_____
Julie M. Reamy
JULIE M. REAMY | Attorney At Law, LLC
One Olympic Place, Suite 900
Towson, Maryland 21204
Telephone: (410) 605-0000
Email: juliereamy@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May 2025, a PDF version of this Motion was filed electronically via ECF with the Clerk of the United States District Court for the District of Maryland and thereby served upon Assistant U.S. Attorney Christina Hoffman.

_____/s/_____
Julie M. Reamy