**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No.:  DLB 24-177** |
| **MINH PHUONG NGOC VONG** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of the Defendant's motion for extension of time to surrender it is this

27th day of January, 2026, HEREBY ORDERED that the motion is GRANTED.  The date for

the Defendant's surrender to the Bureau of Prisons is extended to February 12, 2026.

_____

DEBORAH L. BOARDMAN
United States District Judge